228

MER-ROC FS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—122-

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed March 22, 1973.*

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—140-

ALDUS S. MITCHELL, Hearing Examiner, Claimant, *vs.* STATE OF ILLINOIS, FAIR EMPLOYMENT PRACTICES COMMISSION, Respondent.

*Opinion filed March 22, 1973.*

ALDUS S. MITCHELL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.